**FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

E. Scott Frison, Jr., Esq.                    :
1717 K St., NW, Suite 600                     :
Washington, D.C. 20036                        :
              Plaintiffs     :
                        :     CASE NUMBER 1:06CV01974
        v.              :  (
                        :     JUDGE: Royce C. Lamberth
MBNA                                          :     DECK TYPE: Contract
Serve: CT Corporation System                  :
1025 Vermont Ave., NW                          :     DATE STAMP: 11/17/2006
Washington, DC 20005                          :
              Defendants.     :

JURY ACTION

### COMPLAINT

NOW COMES E. Scott Frison, Jr. with a complaint against MBNA for Fraud, Breach

of Contract, and violation of the Fair Debt Collection Act, and Fair Credit Reporting Act.

### PARTIES

1.      E. Scott Frison, Jr.[1], works in the District of Columbia at 1717 K. St., NW,

Suite 600, Washington, D.C. 20036.

2.      MBNA is a Delaware Corporation.

### JURISDICTION

3.      This court has general jurisdiction over the claims and the parties due to the

address of the plaintiff and the fact that the defendant is authorized to do business in the

District of Columbia.

---

[1] E. Scott Frison is an attorney licensed to practice before the United States Supreme Court, United States Court of Appeals for the Fourth Circuit, United States Appeals Court for the District of Columbia, United States Appeals Court for the Armed Forces, United States District Court of District of Columbia, United States District Court for Maryland, United States Bankruptcy Court, Court of Appeals for the District of Columbia.

## FACTS

4.     In February 1999, MBNA offered an insurance plan titled "GOLD PLUS" to E. Scott Frison, Jr., hereinafter "Frison". Ex. 1.

5.     The plan provided that if Frison became disabled the plan would pay minimum monthly payment towards Frison's MBNA credit card billings.

6.     Enrollment in Gold Plus was "through . . . [the] MBNA account." Ex. 2. Monies never had to be paid back and the program was intended to protect the "credit rating and purchasing power" of MBNA members. Ex. 3

7.     The only applicable exclusion was that no claim for a pre-existing condition could be made in the first six months. Ex. 4.

8.     E. Scott Frison, Jr,, hereinafter "Frison" enrolled in the program in July 2000. Ex. 5 & 6.

9.     MBNA agent, James D. Thornton, Senior Executive Vice President, telephoned Frison to welcome him into the program. Ex. 7.

10.     By October 24, 2000 MBNA had not provided Frison a copy of the group insurance policy. Ex. (s) 8 – 10.

11.     Frison paid insurance premiums as required. Ex. (s) 11-12. He submitted another inquiry as to non-receipt of the policy in December 2000. Ex. 13.

12.     In late December 2000, Frison called MBNA to complain. His complaint was forwarded to Ms. Susan Feeney who called him back to discuss the complaint. Ms. Feeney followed up their verbal conversation with a letter. Ex. 14.

13.     Shortly thereafter Frison received the policy from Union Security Life Insurance Company, Ex. 15 – 15A, which reads in pertinent part:

2

We won't pay a disability claim if your total disability: (2) Begins within the first six months of coverage as a result of a condition which required medical diagnosis or treatment during the six month period immediately preceding the effective date of your coverage. *Disability commencing after the first six months of coverage resulting from that condition is covered.*

14.    Frison also received a policy for the American Security Insurance Company. Ex. 16-16A.

15.    Frison paid premiums through April 2001, Ex. (s) 17-19. Frison also filed a claim for benefits in April 2000.

16.    MBNA refused to process Frison's claim and a dispute ensued between MBNA and Frison about the obligation of MBNA to honor the terms of the insurance contract.

17.    In response,. Mr. Robert Schlosberg wrote Frison on April 4, 2001 and offered to return his premiums as satisfaction of MBNA obligation. Ex. 20.

18.    Frison rejected that idea and accused MBNA and its agents of attempting to avoid their contractual duty to pay under the terms of the policy.

19.    Instead of honoring the terms of the insurance and paying the charges during Frison's term of disability, MBNA charged off the debt in retaliation against Frison for filing the claim.

20.    MBNA continues to report the debt as a charge off causing Frison considerable economic damage, denial of credit, and harm to his good name in the community.

21.    Frison wrote Mr. Scholberg in December 2005 to explain the continuing harm MBNA caused by continuing to report the MBNA account as charged off.. Ex. 21.

22.    Because of MBNA refusal to honor the disability insurance contract and its continued adverse reporting of the MBNA account as charged off to national credit reporting agencies, Frison alleges the following causes of action:

### Count I - Fraud

23.    Incorporating paragraphs 1- 22 as if stated herein, Frison alleges that MBNA represented that it would provide insurance that would pay Frison's credit card payments during a period of disability.

24.    MBNA made this representation for the purpose of convincing Frison to enroll in the insurance program, and did so with the knowledge that its representation was false.

25.    Frison reasonably relied upon the representations of MBNA given that MBNA had extended him the offer.

26.    As a result of Frison's reliance on the false representations of MBNA, he was damaged by loss of payment of his credit card balance, his credit rating, and lowered credit scores.

WHEREFORE E. Scott Frison, Jr. has alleged a cause of action for fraud, he seeks compensatory damages of $11,452, special damages $250,000, and punitive damages of $250,000.

### Count II - Defamation

27.    Incorporating paragraphs 1- 26 as if stated herein, Frison alleges that MBNA willfully and intentionally defamed Frison by reporting to credit reporting agencies that Frison had not paid a debt that MBNA knew he was not obligated to pay.

28.    MBNA made these adverse representations with the intent to harm Frison's good credit name in the community and to avoid its obligation to Frison.

29.    MBNA'S conduct did harm Frison good name and credit worthiness resulting in denial of credit and increased interest rates where credit was eventually awarded.

WHEREFORE E. Scott Frison, Jr. has alleged a cause of action for defamation, he seeks compensatory damages of $100,000, punitive damages of $100,000, and the cost of bringing this action.

### Count III – Breach of Contract

30.    Incorporating paragraphs 1- 29 as if stated herein, Frison alleges that MBNA contracted to provide Frison disability insurance to pay his credit card monthly payments in the event he became disabled.

31.    MBNA breached the terms of the contract by refusing to assume payments for monthly credit card charges when Frison submitted a claim.

32.    As a result of the breach by MBNA, Frison has been damaged by loss of payments toward his credit card.

WHEREFORE E. Scott Frison, Jr. has alleged a cause of action for breach of contract he seeks compensatory damages of $11,452, special damages of $250,000, and the cost of bringing this action.

### Count IV – Fair Debt Collection Act
### § 806. Harassment or abuse [15 USC 1692d]

33.    Incorporating paragraphs 1- 32, as if stated herein, Frison alleges that MBNA engaged in harassing and abusive tactics against Frison for his insistence that it honor the insurance policy.

34.    MBNA charged off the account rather than apply the terms of the insurance policy as agreed.

35.    MBNA'S conduct was intended to harass, oppress, and abuse the plaintiff for

5

insisting that MBNA live up to the terms of the disability contract.

WHEREFORE E. Scott Frison, Jr. has alleged a cause of action for violating the Fair

Debt Collection Practices Act he seeks compensatory damages $28,452[2], and $1000 statutory

damages, and the cost of bringing this action.

## Count V – Fair Debt Collection Act
### § 807. False or misleading representations [15 USC 1692e]

36.     Incorporating paragraphs 1- 35, as if stated herein, Frison alleges that MBNA

engaged in false and misleading representations against Frison for his insistence that it honor

the insurance policy.

37.     MBNA charged off the account rather than apply the terms of the insurance

policy as agreed.

38.     MBNA'S representations to credit reporting agencies were false and

misleading and intended to harass, oppress, and abuse the plaintiff for insisting that MBNA

live up to the terms of the disability contract.

WHEREFORE E. Scott Frison, Jr. has alleged a cause of action for violating the Fair

Debt Collection Practices Act he seeks compensatory damages $28,452, and $1000 statutory

damages, and the cost of bringing this action.

## Count VI – CLASS ACTION ALLEGATIONS

39.     Incorporating paragraphs 1- 38, as if stated herein, Frison alleges that the

allegations that MBNA breached the terms of the disability insurance is applicable to a class

of MBNA customers, and states:

a.     (1) – the class is so numerous that joinder of all members is impracticable,

---

[2] Frison was denied a $17,000 home construction loan with the lender citing the MBNA charge off as the basis for the denial.

(2) – there are questions of fact and law common to the class,

(3) – the claims of the plaintiff is typical of the claims of the class,

(4) – the representative parties will fairly and adequately protect the interests of the class.

b.      The appropriate allegations common to the class is that MBNA failed to live up to its obligation under the disability insurance policy.  The size of the class approximates 1.8 million people in the class.

c.      The plaintiff/attorney is a practicing attorney licensed to practice before the United States Supreme Court, United States Court of Appeals for the District of Columbia, United States District Court for the District of Columbia, Court of Appeals for the District of Columbia.[3]

d.      The questions of fact and law claimed to be common to the class are:

(1)     Whether MBNA offered the Gold Plus Insurance Program to the class membership?

(2)     Whether the class member enrolled in the program?

(3)     Whether MBNA honored the terms of the disability insurance program?

(4)     Whether MBNA cancelled the policy in lieu of honoring the terms of the policy?

(5)     Whether MBNA offered any alternative to payment of monthly charges?

(6)     Whether MBNA terminated the credit card of members insisting on

---

[3] This list is not all inclusive of courts to which the plaintiff/attorney is admitted to practice.

exercising their rights under the disability insurance policy?

    (7)    Whether MBNA charged off accounts of customers insisting on utilizing the disability insurance policy?

e.    The plaintiff claims that the action is maintainable as a class action under Rule 23(b)(3) and explains as follows:

    (1)    It is in the best interest of the class that the issues raised herein be prosecuted as a class instead of individually due to the cost and expense of doing so;

    (2)    The plaintiff has no knowledge that any litigation has been commenced in this or any other jurisdiction concerning the controversy;

    (3)    This jurisdiction is desirable for concentrating the litigation of claims and the federal forum is the appropriate jurisdiction;

    (4)    The plaintiff anticipates difficulties in the area of discovery wherein the defendant will more than likely be reluctant to identify potential members of the class or in the alternative argue that records can not be located.  The cost of prosecuting the case will also present a degree of difficulty but is manageable.

WHEREFORE E. Scott Frison, Jr. has alleged a cause of action for class action certification, Frison prays for said Certification.

Respectfully Submitted,

E. Scott Frison, Jr., Esq.
Bar No. 478092
1717 K Street, NW, Suite 600
Washington, D.C. 20036
240-398-9283 (phone)

8

**PLAINTIFFS PRAYS FOR JURY TRIAL**

E. Scott Frison, Jr., Esq.



**Return Enclosed Authorization By:** ▼

2/25/99

| | |
|---|---|
| **Account Status:** | Benefits Not Active |
| **Type of Account:** | MBNA VISA Gold Card |
| **Customer:** | E. S. Frison |
| **Reason for Notice:** | VALUABLE NEW BENEFIT AVAILABLE |

MBNA VISA® Gold Card
Customer
E. S. Frison
6520 Springcrest Dr
Greenbelt, MD  20770-3060

|ᵢₗₐₗₗₗₗₐₗₐₗₗₐₗₗₗₐₐₗₗₗᵢₗₗₗₗₐₐₗₗₐₗₐₐₗₗᵢₗₗₐₐₗₗₗₗₐₗ|

During a periodic review of our preferred Customer accounts, we noticed that you have not yet taken advantage of one of your important account benefits — GoldPlus® Credit Protection.  Your unprotected account could leave you at risk.

GoldPlus is valuable coverage that <u>will pay your minimum monthly payments</u> on your account <u>when you can't due to disability or involuntary unemployment such as in a layoff, downsizing or strike</u>.  For disability, your payments will be made up to one full year.  Your GoldPlus benefit for unemployment will make your payments as long as you are unemployed.*  GoldPlus also pays your insured account balance (up to $15,000) in the event of your death.  We urge you to enroll for your GoldPlus benefit <u>immediately</u>.

GoldPlus costs no more than 79¢ per $100 per month of your insured average daily balance and is conveniently billed to your account.  So, you need never write an extra check.  See the GoldPlus Benefit Summary for complete details on this important MBNA account benefit.

06 1974

(over, please)

**FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

▼ DETACH HERE ▼

☑**YES!**  Please enroll me in GoldPlus Protection immediately for my account ending in the last 4 digits 5488. I understand that this is OPTIONAL coverage, and I am free to cancel at any time. I have read and understand the enclosed insurance and cost disclosures.

IB54-8848-0012-1594     J/1/22JQ

**Please** respond by:  2/25/99

FOR ▶   E. S. Frison
        6520 Springcrest Dr
        Greenbelt, MD  20770-3060

Additional MBNA Account # ending in last 4 digits: _____

Additional MBNA Account # ending in last 4 digits: _____

Signature X _____

Birth Date  6 / 28 / 99
         Month   Day   Year
         (Required for processing)

| Exhibit |
|---|
| 1 |

*Sign Up fo*
*GoldPlus Protec*
**Call 1-800-643-3406.**

Reference code: 22JQ

ASMLA070

By enrolling, you can use your MBNA America® account with confidence, knowing that your credit rating and buying power will be further protected with GoldPlus.

Imagine if you were unable to work. How would you pay your MBNA America account bill? If you're not sure of the answer to this question, you should consider GoldPlus. Enroll for this cardholder benefit <u>now</u>, and help protect your purchasing power and credit rating. You can continue to use your account to make purchases while you collect GoldPlus benefits and your minimum payments will be made even if those payments increase.

**IMPORTANT:** To activate your optional GoldPlus Protection, simply complete and return the GoldPlus Authorization Form, located on the front of this letter, by the date indicated.

Thank you for being an MBNA America Customer. We look forward to serving you.

\* Up to your total insured outstanding balance on your date of loss.

## When trouble strikes, GoldPlus® Protection helps pay your MBNA® account bill for you.

- GoldPlus helps pay your minimum monthly account payment when you cannot work due to sickness, accident, or involuntary unemployment.
- GoldPlus pays your total insured outstanding balance in the event of your death — up to $15,000.00.
- GoldPlus helps protect your credit rating and buying power when you need it most.

06 1974

FILED

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit

2

## Sign up for your GoldPlus Protection today!

Return your GoldPlus Authorization Form (on the reverse side) in the enclosed postage-paid envelope or call MBNA America® at **1-800-643-3406** to enroll today.

©1998 MBNA America Bank, N.A.

MBNA®, MBNA America®, and GoldPlus® are federally registered service marks of MBNA America Bank, N.A.

# GoldPlus® Benefit Summary

By enrolling in GoldPlus®, you will help protect your MBNA America® account in the event trouble strikes. When you consider all the benefits GoldPlus provides, you can see why you should not be without this valuable coverage.

## GoldPlus helps pay your MBNA bill for you when you are unable to work.

GoldPlus pays your minimum monthly payment for you — up to 12 months — if you are unable to work due to a disabling illness or injury. If you are laid off or cannot work due to a strike, GoldPlus will make your minimum payment every month until you return to work. This will allow you to concentrate on your family's other needs while you're disabled or unemployed.

## GoldPlus pays up to $15,000 in benefits in the event of your death.

In the event of your death, GoldPlus will pay your total insured outstanding balance up to $15,000. That's one less responsibility for your family or estate.

## GoldPlus helps protect your credit rating and purchasing power.

By making your minimum monthly payments, GoldPlus helps keep your MBNA account in good standing. You can even continue to make purchases with your MBNA account during a period of disability or involuntary unemployment, and GoldPlus will pay your minimum payments even if they increase. This is especially important because you may need to rely more on your account in times of uncertainty.

## You never have to pay a penny back.

Your GoldPlus Protection is not a loan, so you never have to repay a penny in benefits. However, you must sign up for GoldPlus to put your coverage in force.

## Affordable premiums conveniently billed through your MBNA account.

GoldPlus Protection costs no more than 79¢ per $100 per month of your insured average daily balance, and is conveniently billed through your account. So you only have to write one check each month! And, you only pay for your GoldPlus coverage in months when there is a balance to protect on your account.

---

### _Some startling statistics_:

_Joblessness continues to be a major concern with as many as 6.4 million Americans unemployed.*_

---

_Every two seconds, someone is injured or disabled in an accident.**_

---

_An accidental death occurs every six minutes.**_

---

_Over the course of one year, nearly 18.6 million Americans suffered a disabling injury that impaired their daily routines and cost them time on the job.**_

---

\* U.S. _Bureau of Labor Statistics_, March 1998.
\*\* _Accident Facts_, 1997 edition, National Safety Council.

## Enroll in GoldPlus Protection today!

GoldPlus coverage is not automatic! You must give your authorization to enroll in this optional benefit.

06 1974

FILED

NOV 1 7 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT



A M E R I C A ®

---

Return the enclosed GoldPlus Authorization Form today,
call MBNA America toll-free at
**1-800-643-3406** to enroll today.

| Exhibit |
| --- |
| 3 |

## GoldPlus® Credit Insurance Benefits, Limitations, Costs & Exclusions

**GoldPlus® Credit Insurance** pays your minimum monthly payment*, up to your balance on the date of loss (not to exceed $15,000), until you return to work** if you are involuntarily unemployed or totally disabled. GoldPlus also pays your insured outstanding balance up to the least of your outstanding balance, your credit limit, or $15,000 if you die.

**Eligibility:** One insured per account (insured must be the primary cardholder or a co-applicant, authorized users are not eligible), under age 66. Your coverage ends at these same ages (except unemployment unless in TX). When enrolled, certificates will be mailed explaining your coverage & effective date. In MN, coverage is effective 61 days from your certificate effective date. For unemployment benefits, you must be gainfully employed working at least 30 hrs/wk (not self employed or an independent contractor) for 90 consecutive days before the date of loss (except in PA). (TX - before coverage effective date for unemployment). Employees of professional corporations may be eligible.

**Coverages & Benefits:** GoldPlus covers: your death; involuntary unemployment due to job loss, general strike, unionized labor dispute or lockout; total disability due to sickness or injury if you are unable to perform the material & substantial duties of your job (or, any job after the first 12 months in PA). Loss for involuntary unemployment and total disability (not death) must continue at least 30 days before benefits begin. In NY, for strikes, unionized labor disputes & lockouts, you must be unemployed for 7 consecutive weeks & qualify for state unemployment benefits before benefits begin. A daily benefit is paid for each day of loss over 30 days for unemployment in NY & PA, and disability in CA, CT, MI, NY, PA, and SC. You may cancel the coverage at any time. If canceled within the first 30 days of coverage, all premiums will be refunded.

**Exclusions:** Life: suicide in the first 6 months of coverage (not MD). Involuntary Unemployment: retirement, resignation, voluntary forfeiture of income or job loss due to willful or criminal misconduct, disability, military discharge in NY, normal seasonal unemployment in TX. Disability: normal pregnancy (not MA or NY), intentionally self inflicted injuries (not MD) or a pre-existing medical condition during first 6 months of coverage.

This is only a brief description of coverage, and coverages vary by state. Please refer to your certificates for a full explanation of coverage.

**Costs per $100 per Month of Average Daily Balance:** Costs apply to Life (L), Disability (D), & Unemployment (U): CT 42.89c; MD 70.54c; MA 18.4c; MN 32c; NM 60c; NY 48.7c (L 5c, D 26.8c,U 16.9c); PA 38.1c; TX 33.7c (L 5.7c, D 12c, U 16c).

**Availability:** This coverage not available in AK, AL, AR, AZ, CA, CO, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MI, MS, MO, MT, NE, NV, NH, NJ, NC, ND, OH, OK, OR, RI, SC, SD, TN, UT, VT, VA, WA, WV, WI, WY. No involuntary unemployment in MA.

Underwriting Companies/Policy: Involuntary Unemployment: American Security/ LOI(5/85), LOI NY(3/93), AS LOI TX(6/92) and LOIC-IP. Life & Disability: Union Security Life/L-I-Z; Standard Guaranty Life (TX only)/L-I-Z(8/92)(3.53RA).

This product is not an insured deposit account, is not FDIC insured, is not guaranteed by MBNA America Bank, N. A., and is not a condition of obtaining credit.

*Less past due and over credit limit amounts. In NY, coverage pays the minimum payment due on your date of loss.

**The number of monthly benefit payments will not exceed 12 for unemployment in AK, CT, MN, NM, NY, PA, & TX ; 12 for disability **except in** NY, PA, & TX.

MBNA and MBNA America are federally registered service marks of MBNA America Bank, N.A.

**NY & TX Residents Only:** To purchase coverages separately, write to American Security Group, P. O. Box 50355, Atlanta, GA 30302. Applications will be sent to you.

11/12/98 - MBNAULOI (MBNA - L/D/Uncapped LOI)
DISC—0022

### *Complete, detach, and return the GoldPlus Authorization Form in the enclosed postage-paid envelope today!*



MBNA®, MBNA America®, and GoldPlus® are federally registered service marks of MBNA America Bank, N.A.
©1998 MBNA America Bank, N.A.

06 1974    **FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit

4

## GoldPlus ENROLLMENT FORM

☒ **Yes!** Enroll me immediately in the GoldPlus® Credit Protection Plan. I have read and understand the insurance and cost disclosures in the enclosed cardholder agreement.

☐ No. I waive my right to enroll.

Date of Birth **6, 28, 49**
(required for processing)

Signature

I understand that unless indicated otherwise above, my signature constitutes acceptance of this optional coverage.

M17/    2    C5NRU1R68A5961PU

Name and Address

E. SCOTT FRISON
6520 SPRINGCREST DR
GREENBELT        MD
20770-306099

057575    Please reply within 30 days of your receipt of this offer.   FMB                R

**Account Status: Unprotected!**

# URGENT NOTIFICATION

**GoldPlus® coverage is not automatic!**

To protect your credit card account, you must complete and return the attached Enrollment Form.

## ENROLL TODAY!

GoldPlus® and MBNA America® are federally registered service marks of MBNA America Bank, N.

---

4800121584184488                                    9

In the event your card is lost or stolen – or if you wish to order additional cards – call us at the toll-free number that appears on the back of your credit card or on your monthly billing statement.

You may use your available credit limit for both cash advances and purchases.

For your protection, please:

■ Sign the back of your card now.

■ Note the date your new card becomes valid.

■ When your new card becomes valid, be sure to destroy any old cards relating to this account number.

---

"Introducing your card for the 21st Century. Merchants are ready to accept cards with expiration dates of 2000 or later. If you have any difficulty with your new card, just ask the merchant to telephone for a voice authorization and please call us to report."

**FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 1974

Exhibit
5

⑥



**GoldPlus** pays your credit payment when you can't.

## Count on these Valuable Benefits...

✓ If you're laid off or on strike...
*GoldPlus* will make your minimum monthly payment.

✓ If you're sick or injured and can't work...
*GoldPlus* will make your minimum monthly payment.

✓ In the event of your death...
*GoldPlus* will pay your entire insured balance, up to $15,000.

**Enroll today by calling the
GoldPlus Service Center toll-free at
1-888-889-6262
or return the attached form.**

*GoldPlus*...offering you
priceless peace of mind.

GoldPlus is a federally registered service mark of MBNA America Bank, N.A.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST–CLASS MAIL    PERMIT NO. 317    WILMINGTON, DE

Postage will be paid by addressee

**INSURANCE SERVICES
P.O. BOX 15114
WILMINGTON, DE 19885–5114**

**CREDIT INSURANCE BENEFITS, LIMITATIONS, COSTS, AND EXCLUSIONS**

GoldPlus pays your minimum monthly payment* until you return to work, for up to 12 months**, if you are involuntarily unemployed or <u>totally</u> disabled for more than 30 days, and pays your balance if you die.  Maximum benefits are the least of your outstanding balance, your credit limit, or $15,000.

**Eligibility:**  One Customer per account, under age 66 (70–AZ, NV & VA; 71–FL, GA, MI, MO & OK).  Life and disability (and unemployment in TX) end at these same ages.  When enrolled, certificates will be mailed explaining your coverage and effective date.  For involuntary unemployment, you must be gainfully employed working at least 30 hrs/wk (not self–employed or an independent contractor) for 90 consecutive days before date of loss (except in PA), (CO–before application date; TX–before effective date of coverage).  Employees of professional corporations may be eligible.

**Coverage and Benefits:**  GoldPlus covers involuntary unemployment due to job loss, general strike, unionized labor dispute or lockout, or total disability due to sickness or injury if you are unable to perform the material and substantial duties of your job.  Benefits begin the 31st consecutive day of loss; in MN, unemployment benefits begin on that day provided that 60 days have elapsed since your coverage began.  In NY, for strikes, unionized labor disputes, and lockouts, benefits begin after you are unemployed for 7 consecutive weeks and qualify for state unemployment benefits.  In MI, NY, & PA we pay 1/30th of the monthly benefit for each day of disability over 30 days.

**Exclusions:**  Life excludes suicide the first 6 months of coverage.  Involuntary Unemployment excludes retirement, resignation, voluntary forfeiture of income or job loss due to willful or criminal misconduct, disability, strikes are not covered in IL, military discharge is not covered in NY.  Disability excludes normal pregnancy or childbirth, intentionally self inflicted injuries, or a preexisting medical condition during the first 6 mos. of coverage.  This is only a brief description of coverage, and certificates vary by state.  Please refer to your certificates for a full explanation of coverage.

**Cost:**  (Life=L, Disability=D, Unemployment=U) 60¢/$100/month of your insured average daily balance: ID(8.6¢ L, 12.6¢ D, 38.8¢ U); IA(7.2¢ L, 14.4¢ D, 38.4¢ U); VA(6.4¢ L, 8.6¢ D, 45¢ U); WI(5¢ L, 10¢ D, 45¢ U); CO–24.7¢; CT–42.89¢; MN–32¢; MD–55.5¢; MO–40.8¢; NC–54.3¢; NY–48.7¢(5¢ L, 26.8¢ D, 16.9¢ U); PA–38.1¢; TX–33.7¢(5.7¢ L, 12¢ D, 16¢ U); MA–18.4¢ & VT–10.5¢(4.9¢ L, 5.6¢ D).

**Availability:**  No coverage in AL & ME.  No unemployment in MA & VT.

**Underwriting Insurance Companies:**  Unemployment by American Security under LOI (5/85), LOI NY (3/93), AS LOI TX (6/92) and LOIC–IP, by Standard Guaranty under SG LOI (5/85) (MI only); Life by Union Security Life under L–I–Z, in TX, under Standard Guaranty Life L–I–Z(8/92) (3.53RA); all at P.O. Box 50355, Atlanta, GA 30302.  Soliciting agent in MS, Charles M. Gordon; in FL, Carl Wirt.

MBNA Insurance Services is a division of MBNA America Bank, N.A.  This product is not an insured deposit account, is not FDIC insured and is not guaranteed by MBNA America Bank, N.A.

\* less past due or over–credit–limit amounts.  In MI, we pay 5% of the balance on your date of loss, up to $750.  In NY, we pay the minimum amount due on your date of loss.
\*\* Disability benefits may exceed 12 mos. in CA, HI, IN, KS, MI, NJ, NY, PA, TN, TX & WI

**NY, NJ & TX Residents Only:**  To purchase coverages separately, write to American Security Group, P.O. Box 50355, Atlanta, Ga. 30302.  We will send you applications.

# PEACE OF MIND...*is priceless.*

## And now, with valuable GoldPlus protection, you can enjoy the added credit security you and your family deserve.

- GoldPlus helps protect your good credit rating and purchasing power by paying your minimum monthly payment for:
  - **UNEMPLOYMENT:** if you lose your job due to circumstances beyond your control, this coverage will protect you for up to your total insured balance on your date of loss until you return to work.
  - **DISABILITY:** if you can't work due to a disabling injury or illness — for up to 12 months.
  - **UNPAID FAMILY LEAVE:** if you or your spouse take unpaid family leave from work — for up to 9 months.
- GoldPlus pays off your total insured account balance, up to $15,000, in the event of your death.

## GOLDPLUS® CREDIT INSURANCE BENEFITS, LIMITATIONS, COSTS & EXCLUSIONS

**GoldPlus** pays your minimum monthly payment up to your balance on the date of loss (not to exceed $15,000) until you return to work if you are involuntarily unemployed, totally disabled, or if you or your spouse take covered family leave. GoldPlus also pays your insured outstanding balance up to the least of your outstanding balance, your credit limit or $15,000 if you die.

**Eligibility:** One insured per account under age 66 (70 in AZ, NV & VA, 71 in FL, GA, MI, MO & OK). Your coverage ends at these same ages (except family leave in FL & NC) & unemployment unless in TX. When enrolled, certificates will be mailed explaining your coverage & effective date. In MN, coverage is effective 61 days from your certificate effective date. For unemployment or family leave benefits you must be gainfully employed working at least 30 hrs/wk (not self-employed or an independent contractor) for 90 consecutive days before the effective date. For unemployment in TX, before the date of loss. In TX, before coverage effective date for unemployment. Employees of professional corporations may be eligible.

**Coverages & Benefits:** GoldPlus covers: your death, involuntary unemployment due to job loss, general strike, unnatural labor dispute or lockout, total disability due to sickness or injury if you are unable to perform the material & substantial duties of your job or any job after the first 14 days in CA, HI, NJ, TX & WI. 12 mos. in PA; your or your spouse's unpaid leave of absence from employment due to care of your newborn or newly adopted child or an incapacitated family member (must be spouse, child, stepchild or parent in AK) mandatory recall to active military duty, jury duty (except in AK), or residence in a federally declared disaster area. Loss due to death must continue at least 30 days before benefits begin. In NV for strikes, unnatural labor disputes & lockouts, you must be unemployed for 7 consecutive weeks & qualify for state unemployment benefits before benefits begin. A dash benefit is paid for each day of loss over 30 days for unemployment in NY & PA & disability in CA, CT, NY, MI, PA & SC. You may cancel the coverage at any time. If canceled within the first 30 days of coverage, all premiums will be refunded.

**Exclusions:** Life: suicide in the first 6 months of coverage (not MD & MO). Unemployment: retirement, resignation, voluntary forfeiture of income or job loss due to willful or criminal misconduct, disability strikes in IL, military discharge in NY, normal seasonal unemployment in TX. Disability: normal pregnancy or childbirth (not GA, MA & NV), intentionally self inflicted injuries (not MD) or a preexisting medical condition during first 6 months of coverage (not NJ). Family leave benefits not paid if you are receiving unemployment benefits or are disabled.

This is only a brief description of coverage, and coverages vary by state. Please refer to your certificates for a full explanation of coverage.

**Costs/$100/Month of Average Daily Balance:** Costs apply to Life (L), Disability (D), Unemployment (U) & Family Leave (F). AK .78¢; AZ .99¢; AR .9¢; CA .85.4¢; CO .82.7¢; CT .42.89¢; DE .96.47¢; DC .95.4¢; FL .99¢; GA .89¢; HI .90¢; ID .95.2¢ (L .86¢, D .12.6¢, U .54¢, F .20¢); IL .80¢; IN .98¢; IA .95.6¢ (L .2¢, D .14.4¢, U .54¢, F .20¢); KS .80¢; KY .86.4¢; LA .80¢; MD .70.54¢; MA .18.4¢; MI .80¢; MN .32¢; MS .60¢; MO .60.8¢; MT .93.9¢; NE .95¢; NV .94¢; NH .99¢; NJ .9¢; NM .60¢; NY .48.7¢ (L .54¢, D .26.8¢, U .16.9¢); ND .93.94¢; OH .99¢; OK .91.9¢; OR .84.7¢; PA .38.14¢; RI .90¢; SC .80¢; SD .96.89¢; TN .92¢; TX .44.7¢ (L .5.7¢, D .12¢, U .16¢); UT .9.7¢; VT .26.5¢ (L .4.9¢, D .5.6¢, F .16¢); VA .84¢ (L .6.1¢, D .8.9¢, U .49¢, F .20¢); WA .86¢; WV .94.7¢; WI .94¢ (L .54¢, D .10¢, U .9.9¢); WY .99.5¢.

**Availability:** No coverage in AL & ME. No involuntary unemployment in MA or VT. No Family Leave in CT, MA, MD, MN, NM, NY, PA, or TX.

**Underwriting Companies/Policy:** Involuntary Unemployment: American Security/LOI(5/85), LOI NY(4/95), & LOI TX(6/92) and LOI-GP, Standard Guaranty/SG LOI (5/85) (NH only). Life & disability: Union Security Life/L-I-Z, Standard Guaranty Life (TX only)/L-I-Z(AZ)(92)(S.5SBA). Family Leave: American Security/FLP(4/97), FLP-FL(12/97) in FL, FLP-NC(5/98) in NC, FLP-OK(4/97) in OK, FLP-VA(2/96) in VA, FLP-x(97) in IL & IN, FLP-KS(12/97) in KS, FLP-WY(4/97) in WY, Standard Guaranty/FLP-x(97) in NH, Union Security Life/FLP-VT(4/97) in VT. Soliciting agents for Mississippi and Florida are Charles M. Gordon and Pamela Curtis respectively.

This product is not an insured deposit account, is not FDIC insured & is not guaranteed by MBNA America Bank, N.A., and is not a condition of obtaining credit.

*Less past due and over credit limit amounts. In MI, coverage pays 5% of the balance on your date of disability up to 3%not. In NY, coverage pays the minimum payment due on your date of loss.

**The number of monthly benefit payments will not exceed 9 for family leave; 12 for unemployment in AK, CT, IL, MI, MN, MO, NM, NC, NY, PA, SC & TX; 12 for disability except in CA, HI, IN, KS, MI, NJ, NY, PA, TN, TX & WI.

**NY, NJ & TX Residents Only:** To purchase coverages separately, write to American Security Group, P.O. Box 50355, Atlanta, GA 30302. Applications will be sent to you.

10/19/98 - MBNALULOI (MBNA - L/D/Uncapped LOI/FL)                    DISC-0011

**06 1974**

If you are not 100% satisfied with the protection GoldPlus provides, you may return your Certificates to us within 30 days of receipt for a full refund of any premiums charged during that time.

© 1998 MBNA America Bank, N.A.

**FILED**

**NOV 17 2006**

Exhibit

6





James D. Thornton
Senior Executive Vice Presi
Insurance Services

MBNA Insurance Services
Wilmington, Delaware 19884-0721

Dear MBNA America® Customer,

Thank you for speaking with us on the phone the other day. You've helped protect yourself and your family against the unexpected when you chose to carry GoldPlus® Credit Protection on your MBNA America® credit card.

Now, if you become disabled or involuntarily unemployed, you won't have to worry about your MBNA America® credit card payment. And should you pass away, your family won't have to be concerned about paying off your MBNA America® credit card balance, up to $15,000.

Plus, you'll never have to pay these benefits back, and you can continue to use your credit card while collecting these benefits. That means an extra measure of security for your MBNA credit card credit rating and purchasing power.

Keep that in mind the next time you reach for a credit card. Be sure it's your MBNA America® credit card, because if anything happens, *that's* the card that's protected.

Sincerely,

James D. Thornton
Senior Executive Vice President

**FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 1974

P.S. In a few weeks, you'll receive your GoldPlus Credit Protection Certificates of Insurance in the mail. In the meantime, please review the disclosures on the back page.

Exhibit

7

ASMLE036

 

# E. Scott Frison, Jr.
6520 Springcrest Drive, Greenbelt, MD 20770
301-552-0439 (p) 301-552-3167 (f)

August 12, 2000


MBNA America
P.O. Box 15026
Wilmington, DE 19850-5026

    Re:  Disability Insurance


Dear MBNA,

    I was promised a copy of an insurance plan that I might review that provided payments of my MBNA account due to my disability.  I was promised that I would have the policy to review for 30 days prior to billing.  I have not, as of this letter received the policy, However, I have been billed.  Please remove this charge from my account and provide the policy that I might review it as promised.

E. Scott Frison, Jr.

06 1974

**FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit

8

**E. Scott Frison, Jr.**
6520 Springcrest Drive, Greenbelt, MD 20770
301-552-0439 (p) 301-552-3167 (f)

September 12, 2000

MBNA America
P.O. Box 15026
Wilmington, DE 19850-5026

Re: Disability Insurance

Dear MBNA,

I was promised a copy of an insurance plan that I might review that provided payments of my MBNA account due to my disability. I was promised that I would have the policy to review for 30 days prior to billing. I have not, as of this letter received the policy, However, I have been billed for the coverage. I have called your customer service about this billing and was informed to write a letter of explanation.

Please remove this charge from my account and provide the policy that I might review it as promised.

E. Scott Frison, Jr.

06 1974

# FILED

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit
9



# E. Scott Frison, Jr.
6520 Springcrest Drive, Greenbelt, MD 20770
301-552-0439 (p) 301-552-3167 (f)

October 24, 2000

MBNA America
P.O. Box 15026
Wilmington, DE 19850-5026

   Re:  Disability Insurance

Dear MBNA,

   Again my bill continues to reflect a disability insurance that I have not been provided any information about.

   Please review this billing and remove this charge from my account and provide the policy that I might review it as promised.

E. Scott Frison, Jr.

**FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 1974

Exhibit
/0

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4800 1215 9418 5488 | $9,800.00 | $0.00 | 29 | 11/28/00 | $227.00 | 12/21/00 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Trans. | NOVEMBER 2000 STATEMENT | | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|---|

**PAYMENTS AND CREDITS**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/01 | | 9653 | VS | | | PAYMENT - THANK YOU | | 225.00 CR |
| 11/22 | | 1684 | VS | | | PAYMENT - THANK YOU | | 254.00 CR |

**PURCHASES AND ADJUSTMENTS**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/22 | 10/25 | 9813 | VS | C | | OVER CREDIT LINE FEE | 29.00 | |
| 11/22 | 11/22 | 974J | | C | | CREDIT INS. PREMIUM @ .7974 PER 100 | 81.65 | |
| | | | | | | TOTAL FOR BILLING CYCLE FROM 10/25/2000 THROUGH 11/22/2000 | $110.65 | $479.00 CR |

TCT → MBNA

YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**

FOR UP-TO-THE-MINUTE ACCOUNT INFORMATION, VISIT WWW.MBNANETACCESS.COM

VISIT WWW.MBNASHOPPING.COM FOR GREAT SAVINGS AND SPECIAL OFFERS.

MBNA NOW OFFERS 1ST AND 2ND MORTGAGES. FOR THE FASTEST...SIMPLEST...MOST CONVENIENT WAY HOME, CALL 1-800-685-1454.

EXCLUSIVE FOR MBNA CUSTOMERS - 25 COMMISSION-FREE INTERNET EQUITY TRADES WITH A NEW AMERITRADE ACCOUNT. VISIT WWW.AMERITRADE.COM/MBNA/. ENTER OFFER CODE RHG.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $10,292.01 | $479.00 | $0.00 | $110.65 | $203.23 | $0.00 | $10,126.89 |

**TOTAL MINIMUM PAYMENT DUE**

| | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $227.00 |
| Total Minimum Payment Due | $227.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.068438% DLY | 24.98% | $0.00 |
| B. ATM, BANK | 0.068438% DLY | 24.98% | $195.95 |
| C. PURCHASES | 0.068438% DLY | 24.98% | $10,043.87 |

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-626-2255
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15197, WILMINGTON, DE 19886-5197.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE.................... 24.98%
(Includes Periodic Rate and Transaction Fee Finance Charges.)

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

30 1971
**FILED**
NOV 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4800 1215 9418 5488
5769 044 6D9 1103 0000 00
PAGE 1 OF 1

Exhibit


| Account Number | | | | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|---|---|
| 4800 1215 9418 5488 | | | | $9,900.00 | $0.00 | 30 | 12/22/00 | $229.00 | 01/23/01 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transaction | DECEMBER 2000 STATEMENT | | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|---|

**PAYMENTS AND CREDITS**
12/16        0976  VS        PAYMENT - THANK YOU                                      230.00 C
**PURCHASES AND ADJUSTMENTS**
12/22  11/23  9896  VS   C   OVER CREDIT LINE FEE                        29.00
12/22  12/22  974U       C   CREDIT INS. PREMIUM @  .7974  PER 100        81.36
             TOTAL FOR BILLING CYCLE FROM 11/23/2000 THROUGH 12/22/2000  $110.36   $230.00 C

*(handwritten)* Cust Assist. M–Fh 8.12:00
888- 800- 5420

                    YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**

       VISIT WWW.MBNASHOPPING.COM FOR GREAT SAVINGS AND SPECIAL OFFERS.

   MBNA NOW OFFERS 1ST AND 2ND MORTGAGES.  FOR THE FASTEST...SIMPLEST...MOST
                   CONVENIENT WAY HOME, CALL 1-800-685-1454.

   EXCLUSIVE FOR MBNA CUSTOMERS - 30 COMMISSION-FREE INTERNET EQUITY TRADES WITH A
   NEW AMERITRADE ACCOUNT.  VISIT WWW.AMERITRADE.COM/MBNA/.  ENTER OFFER CODE RHG.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $10,126.89 | $230.00 | $0.00 | $110.36 | $209.43 | $0.00 | $10,216.68 |

**TOTAL MINIMUM PAYMENT DUE**

| | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $229.00 |
| Total Minimum Payment Due | $229.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.068438% DLY | 24.98% | $0.00 |
| B. ATM, BANK | 0.068438% DLY | 24.98% | $0.00 |
| C. PURCHASES | 0.068438% DLY | 24.98% | $10,200.51 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE.................... 24.98%
(Includes Periodic Rate and Transaction Fee Finance Charges.)

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY!**
• For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-626-8556
• For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
• Mail payments to: MBNA AMERICA, P.O. BOX 15137, WILMINGTON, DE 19886-5137.
• Billing rights are preserved only by written inquiry.  Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

                    5998   038   6MY 0913 0200 00
          4800 1215 9418 5488              PAGE 1 OF 1

**FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit
12

06 1974

# E. Scott Frison, Jr.
6520 Springcrest Drive, Greenbelt, MD 20770
301-552-0439 (p) 301-552-3167 (f)

December 27, 2000

MBNA America
P.O. Box 15026
Wilmington, DE 19850-5026

     Re:  Disability Insurance

Dear MBNA,

     The bill for this disability insurance continues to show up on my account.  I was promised a copy of an insurance plan that I have not received.  I was promised a correction of my account that has not occurred.

     Repeated billing of this policy has thrown me over my credit limit.  Please correct over limit charges, and refund all premiums paid on this account.  These charges are a breach of my contract with you.  I do not agree to being billed absent some idea of what I am getting.

E. Scott Frison, Jr.

**FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 1974

Exhibit

*13*



MBNA *Insurance Agency*
Wilmington, Delaware 19884-0714

E. S Frison
6520 Springcrest Dr.

Greenbelt, MD  20770-3060

Dear E. S Frison,

Thank you for speaking with us on the phone the other day.  You've helped protect yourself and your
family against the unexpected when you chose to carry GoldPlus® Credit Protection on your MBNA
America® credit card.

Now, if you become disabled or involuntarily unemployed, or if you take family leave from your job,
you won't have to worry about your MBNA America credit card payment.  And should you pass away,
your family won't have to be concerned about paying off your MBNA America credit card balance, up
to $15,000.

Plus, you'll never have to pay these benefits back, and you can continue to use your credit card while
collecting these benefits.  That means an extra measure of security for your MBNA credit card credit
rating and purchasing power.

Keep that in mind the next time you reach for a credit card.  Be sure it's your MBNA America credit
card, because if anything happens, that's the card that's protected.

Sincerely,

Susan Feeney
Executive Vice President

06 1974    **FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

P.S. In a few weeks, you'll receive your GoldPlus Credit Protection Certificates of Insurance
in the mail.  In the meantime, please review the disclosures on the back page.

Exhibit
*14*

# ●Security Life Insurance ●●pany

Home Office: Wilmington, Delaware
Administrative Office: 260 Interstate North Circle, NW
Atlanta, Georgia 30339-2111
(Called "We" or "Us")

Exhibit
15

## CERTIFICATE OF CREDIT INSURANCE
## OUTSTANDING BALANCE - REVOLVING CREDIT COVERAGE
## SCHEDULE

**INSURED DEBTOR (Called You)**

FRISON E. S
6520 SPRINGCREST DR
GREENBELT MD 20770-3060

EFFECTIVE DATE: 07/31/2000
ACCOUNT NUMBER:
4800121594185488
MAXIMUM AMOUNT OF
INSURANCE:
$ 15,000

BIRTH DATE: 06/28/1949
MAXIMUM AGE: 66
PREMIUM RATE:
$ .0870 PER $100 OF
LIFE
$ .1540 PER $100 OF
UNCAPPED DISABILITY

**CREDITOR**

MBNA AMERICA
400 CHRISTIANA ROAD
NEWARK DE 19713-0000

SOURCE CODE: 30125219    CLASS OF BUSINESS: CREDIT CARD

GROUP POLICY # L-I-Z-14

**WARNING: THIS INSURANCE MAY NOT BE ENOUGH TO COMPLETELY PAY OFF YOUR ACCOUNT.**

**WHAT YOU GET**

We certify that you are insured for the coverage provided by this certificate, subject to the terms of the group policy issued to the Creditor, while you pay the required premiums. This coverage is provided in relation to the amount owing under your revolving account identified in the Schedule. If you have a zero balance, no coverage is provided.

**WHAT YOU WILL PAY**

The premium for this coverage will be charged to your account on your billing statement for every billing cycle you have an ending balance. The rate indicated in the schedule will be applied to the least of the average daily balance in your account, your credit line, or the Maximum Amount of Insurance indicated in the Schedule, to arrive at the premium. The rates are not guaranteed and are subject to change upon 31 days notice to you.

**WHOM WE WILL PAY**

We will make claim payments directly to the Creditor; the Creditor will apply the payments to reduce or extinguish the balance owing under your account. If any claim payment is more than the balance in your account, we will pay the excess to you, or to the Second Beneficiary (named in the schedule), or to your estate.

**WHAT WE WILL PAY**

Insured Indebtedness means the lesser of the amount owing under your account, or the Maximum Amount of Insurance indicated in the Schedule.

If you die while you are insured, we will pay a benefit equal to the Insured Indebtedness on the date of your death.

If you lose a hand at or above the wrist, a foot at or above the ankle, or the sight in one eye while you are insured and as a result of accidental bodily injuries, we will pay a benefit equal to the Insured Indebtedness (less any disability benefits paid to you as a result of the same accident) on the date of the injuries. The loss of sight or an extremity must occur within one hundred (100) days from the date of the injuries and the injures must not have resulted in your death.

If you become totally disabled while you are insured and remain so disabled for more than thirty (30) days, we will pay a monthly disability benefit. For each additional thirty (30) day period that you continue to be totally disabled and insured, we will pay an additional monthly benefit.

06 1974
FILED
NOV 17 2006

**PRE-EXISTING CONDITIONS ARE NOT COVERED FOR FIRST SIX MONTHS**
See reverse side of certificate for details.

FORM H-X-V

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
XCHXV1  XC3
1/8/1999

# Unit Security Life Insurance Company

<u>Monthly Benefit</u> means the current minimum payment due under your account but will not include any late charges, any past due amounts, or any over-credit-line amounts.

<u>Maximum Disability Benefit</u> means the total of all disability benefits for all periods of disability resulting from the same cause will not exceed the lesser of the amount owing under your account, on the first day of disability, or the Maximum Amount of Insurance (less any dismemberment benefits paid to you as a result of the same accident). Any continuing disability benefit payable to you will not be reduced or denied in the event the indebtedness is transferred from this account to another, renewed or refinanced.

<u>Total Disability</u> means that, as a result of an injury or sickness, you are unable to perform the material and substantial duties of your occupation (for the first eighteen months of disability) or any occupation for which you are reasonably qualified by education, training or experience (for any period of disability after the first eighteen months). We have the right to require medical evidence of actual total disability at reasonable intervals from a licensed practitioner of the healing arts other than yourself. If you are unemployed, Total Disability means that you are unable to engage in your usual and customary activities as a result of your injury or sickness.

## WHAT WE WON'T PAY

If you stated you were under the maximum age indicated in the schedule but you were not, and you were charged a premium beyond your 66th birthday, the amount of coverage afforded to you will be such amount as the premium paid by you would have purchased at your correct age. For this purpose, the coverage to be afforded will be as follows:

| If correct age on date of loss is | Coverage to be afforded is |
|---|---|
| 65 or under | 100 percent |
| 66 - 70 | 80 percent |
| 71 - 75 | 60 percent |
| 76 - 80 | 40 percent |
| 81 - 85 | 30 percent |
| 86 and over | 20 percent |

Exhibit

/5A

We won't pay a disability claim if your total disability:

    (1)  is a result of normal pregnancy (except complications of pregnancy as defined by the laws of the state where this certificate is delivered);

    (2)  Begins within the first six months of coverage as a result of a condition which required medical diagnosis or treatment during the six month period immediately preceding the effective date of your coverage. Disability commencing after the first six months of coverage resulting from that condition is covered.

We won't pay any benefit which exceeds the Maximum Amount of Insurance. If the balance under your account on date of loss exceeds that amount, a death benefit will not completely payoff the balance of your account; a disability benefit will not pay that portion of your minimum monthly payment attributable to over-credit-line charges.

## WHEN INSURANCE STOPS

All coverage automatically stops (but without prejudice to any claim originating prior to such termination) on your periodic billing statement date after:

    (1)  You reach the Maximum Age;

    (2)  You are considered in default under the conditions of your account agreement with the Creditor. Coverage may be reinstated (on your periodic billing statement date) after your account is no longer in default;

    (3)  Thirty (30) days notice to you that the group policy has been terminated; or

    (4)  You notify the Creditor that you want to stop the coverage.

Disability coverage stops after we have paid the maximum disability benefit; it will be reinstated after you notify us in writing that you are no longer disabled.

## HOW YOUR STATEMENTS AFFECT THIS CERTIFICATE

All statements made by you are considered to have been made to the best of your knowledge and belief. No statement can be used to void this insurance or deny a claim unless that statement is in writing and signed by you, and a copy is furnished to you or your beneficiary. After 2 years from the Effective Date, no statement made by you can be used to void this insurance or deny a claim.

## RULES FOR FILING A LIFE CLAIM OR A DISMEMBERMENT CLAIM

We must be given written proof of loss for a claim; we must also be given a certified copy of the death certificate or other lawful evidence in the event of a life claim.

## RULES FOR FILING A TOTAL DISABILITY CLAIM

You must advise us or the Creditor about your total disability as soon after its beginning as you can. We will send you claims forms within 15 days after you tell us about the claim. If we don't send the forms in 15 days, you can simply send us written proof of your disability. The proof must show the date and the cause of the total disability and how serious it is, and it must be signed by a licensed practitioner of the healing arts other than yourself. The proof of total disability must be sent to us as soon as you can. You can't start any legal action until 60 days after you send us the proof of your total disability, and you can't start any legal action more than 5 years after the proof is filed.

## CONFORMITY WITH STATE STATUTES

Any part of this certificate which, on its Effective Date, conflicts with the statutes of the state where it is delivered to you is changed to conform to the minimum standards of those statutes.

# American Security Insurance Company

Home Office: Wilmington, Delaware
Administrative Office: 260 Interstate North Circle, NW
Atlanta, Georgia 30339-2111
(Called "We" or "Us")

Exhibit

**16**

## LOSS OF INCOME COVERAGE
## MEMORANDUM OF INSURANCE
## DECLARATIONS

┌ INSURED DEBTOR (Called You) ─

FRISON E. S
6520 SPRINGCREST DR
GREENBELT MD 20770-3060

EFFECTIVE DATE: 07/31/2000
ACCOUNT NUMBER:
4800121594185488
MAXIMUM AMOUNT OF
INSURANCE:
$   15,000

┌ CREDITOR ─

MBNA AMERICA
400 CHRISTIANA ROAD
NEWARK DE 19713-0000

PREMIUM RATE:
$   .5560 PER $100 OF
AVG DAILY BALANCE

## TABLE OF CONTENTS

Definitions: Covered Events ............................ Part I
              Monthly Benefit........................... Part I
              Gainfully Employed ...................... Part I
              Date of Loss .............................. Part I
What You Will Pay: Premium Charges ............ Part I
Whom We Will Pay: ................................... Part II
When We Will Pay: Eligibility...................... Part II
What We Will Pay: Loss of Income Benefits .... Part II
What We Won't Pay: Exclusions.................... Part II

What You Must Do: Requirements for
              Submission of a Claim ... Part II
Conditions: Other Insurance............................ Part III
              Notice of Loss............................. Part III
              Coverage Period.......................... Part III
              Your Statements .......................... Part III
              Cancellation .............................. Part III
              Legal Action............................... Part III
              No Assignment ........................... Part III

In consideration of the payment of the premium, subject to the terms, provisions, definitions and limits described herein, American Security Insurance Company agrees with the Creditor and Debtor named on this Memorandum issued under the Loss of Income Policy as follows:

**DEFINITIONS**                                                       **Part I.**

06 1974

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A.   Covered Events: Coverage shall be for:
   1.   INVOLUNTARY LAYOFF: meaning a temporary or permanent suspension of your employment at the instance of your employer;
   2.   TERMINATION BY EMPLOYER: meaning a complete severance of your employment by your employer;
   3.   GENERAL STRIKE: meaning a strike involving you against all the employers in an industry or a territory and consisting of a simultaneous cessation or quitting of work by a body of workmen, including you, acting in combination for the purpose of obtaining more desirable terms of employment;
   4.   UNIONIZED LABOR DISPUTE: meaning a chartered or previously organized trade or labor union, through the coalition of its members, including you, has authorized a strike to obtain higher wages, shorter hours of employment, better working conditions or some other concession from employer by the employees stopping work at a preconcerted time, and it involves a combination of persons and not a single individual. Non-union collective bargaining is not to be included within this definition;
   5.   LOCKOUT: meaning your employer's discharge of employees, including you, or the temporary closing of your place of employment because of dislike of employees' union activities.
B.   Monthly Benefit is the amount to be used in determining any benefits due you under this memorandum.
C.   Gainfully Employed means that you are working for salary or wages for at least thirty (30) hours a week and that your employer is someone other than yourself.
D.   The Date of Loss is the first day of involuntary unemployment.

**WHAT YOU WILL PAY**

Premium Charges - You will pay the Creditor at the rate indicated above for every billing cycle you have an ending balance. Premiums are due and payable as set forth in the account agreement in the same manner as other debits or charges to the account. In the event of premium rate change, you will be given a minimum of 31 days notification.

                                                     **Part II.**

**WHOM WE WILL PAY**

We will pay a benefit to the Creditor if you lose your income due to circumstances as defined in Part I. The benefit will be applied to reduce or pay off your unpaid account balance.

FORM LOIC-MD-CRS (4/87)

XCRMD1
12/22/1998

XC3

# American Security Insurance Company

## WHEN WE WILL PAY

**A.** To be eligible for this benefit:
1. You must have been Gainfully Employed for a period of ninety (90) consecutive days prior to the Date of Loss.
2. You are the primary accountholder.
3. Your account is not in the name of a partnership, corporation or association.
4. You are not self-employed or an independent contractor.

**B.** After the first thirty (30) consecutive days, and for each additional thirty (30) consecutive days that you continue to be involuntarily unemployed and while insured under the Master Policy an additional monthly benefit will be paid.

**C.** You will be eligible again for benefits following a period of loss if you have been Gainfully Employed for a period of ninety (90) consecutive days.

## WHAT WE WILL PAY

We will pay the lesser of:

**A.** Your current minimum monthly payment due (or which would be due in the absence of any exceeding of the available credit line), or

**B.** The amount owed on the Date of Loss.

This payment will not include:

**A.** Any past due amounts;

**B.** Any late charges;

**C.** Any over-credit-line amounts.

The total of all monthly benefits paid to your account for any one period of loss of income will not exceed the least of:

**A.** The maximum amount of insurance shown in the declarations;

**B.** Your available credit line under your account

**C.** Your unpaid balance in the account at the Date of Loss.

## WHAT WE WON'T PAY

No payment will be made if your loss of income is due to:

**A.** Disability caused by accident, sickness, disease, or pregnancy;

**B.** Voluntary resignation;

**C.** Retirement;

**D.** Voluntary forfeiture of salary, wages or income;

**E.** Termination as the result of willful misconduct (a transgression of some established and definite rule of action, a forbidden act or omission, an act or omission involving dishonesty, or a dereliction of duty, active or passive, which is willful in character and beyond simple negligence) or criminal misconduct (unlawful behavior as determined by local, State or Federal law).

Exhibit

*16A*

## WHAT YOU MUST DO

In order to file a claim, you must:

**A.** Furnish us with a written statement from your employer, and provide us with verification of loss of income from reasonable sources as determined by us at the time of loss.

**B.** Suffer involuntary loss of income for any reason described in Part I while insured and such loss of income must continue uninterrupted for more than thirty (30) days.

**C.** Pay the minimum payment due under the account for the first thirty (30) days that loss of income continues.

**D.** Qualify, where applicable, for unemployment benefits under a State Unemployment law and register to work with a state employment office or a recognized employment agency within (15) days after the last day employed and remain so registered during the claims period if the loss occurred as the result of either Involuntary Layoff or Termination by Employer.

The Creditor or we will provide the proper forms.

### Part III.

## CONDITIONS

**A.** Other Insurance: The insurance provided under this memorandum is primary insurance.

**B.** Notice of Loss: Under this memorandum, notice of loss must be filed with us or our duly authorized representative.

**C.** Coverage Period: The insurance provided by this memorandum is effective upon the date stated in the declarations at 12:01 a.m. Local Time, at the address stated therein and will continue in force whenever there is an amount owing under your account with the Creditor subject to the termination provision.

**D.** Your Statements: Statements made by you in application for this insurance shall be used to determine eligibility for coverage. Any false statement made by you may invalidate any coverage provided by this memorandum. In such case, we or our authorized representatives will refund to you the appropriate premium charged less any payment benefits made.

**E.** Cancellation: Your coverage will end automatically on your monthly billing date after the occurrence of any of the following:
1. You are considered in default under the conditions of your account agreement with the Creditor. Coverage may be reinstated (on your monthly billing date) after your account is no longer in default.
2. At least 45 days has elapsed following notification to you that the policy has been terminated.
3. You have notified us of your desire to terminate this coverage.

**F.** Legal Action: No legal action against the Company arising out of this memorandum can be started:
1. Until sixty (60) days after written proof of loss has been furnished to us; and
2. Not more than five (5) years after such proof is filed.

**G.** No Assignment: Your rights under this memorandum are not assignable.

MBNA
AMERICA

ACCOUNT NUMBER
4800 1215 9418 5488

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 02/21/01 | $10,332.01 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $232.00 | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

www.mbnanetaccess.com

CARDHOLDER SINCE
1995

Make check payable to:

MBNA AMERICA
P.O. BOX 15137
WILMINGTON, DE 19886-5137

For account information call 1-800-826-2556
Print change of address or new telephone number below

Address

City                State        Zip
(    )                (    )
Home phone            Work phone

E. SCOTT FRISON
6520 SPRINGCREST DR
GREENBELT    MD   20770-306020

20    010332010002320000048001215941854885

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4800 1215 9418 5488 | $9,800.00 | $0.00 | 33 | 01/24/01 | $232.00 | 02/21/01 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|
| | | | | | JANUARY 2001 STATEMENT | | |

**PAYMENTS AND CREDITS**

| 01/24 | | 4721 | VS | | PAYMENT - THANK YOU | | 230.00 CR |

**PURCHASES AND ADJUSTMENTS**

| 01/24 | 12/23 | 9986 | VS | C | OVER CREDIT LINE FEE | 29.00 | |
| 01/24 | 01/24 | 874J | | C | CREDIT INS. PREMIUM @ .7974 PER 100 | 82.54 | |
| | | | | | TOTAL FOR BILLING CYCLE FROM 12/23/2000 THROUGH 01/24/2001 | $111.54 | $230.00 CR |

06 1974

Exhibit
17

YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**

EXCLUSIVE FOR MBNA CUSTOMERS - 30 COMMISSION-FREE INTERNET EQUITY TRADES WITH
NEW AMERITRADE ACCOUNT.  VISIT WWW.AMERITRADE.COM/MBNA/.  ENTER OFFER CODE RHG.

SHOPPING HAS NEVER BEEN EASIER!  FIND GREAT DEALS AT WWW.MBNA.COM/MARKETPLACE.

MBNA NOW OFFERS 1ST AND 2ND MORTGAGES.  FOR THE FASTEST...SIMPLEST...MOST
CONVENIENT WAY HOME, CALL 1-800-685-1454.

FILED
NOV 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total | |
|---|---|---|---|---|---|---|---|
| $10,216.68 | $230.00 | $0.00 | $111.54 | $233.79 | $0.00 | $10,332.01 | |

| TOTAL MINIMUM PAYMENT DUE | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $232.00 |
| Total Minimum Payment Due | $232.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.068438% DLY | 24.98% | $0.00 |
| B. ATM, BANK | 0.068438% DLY | 24.98% | $0.00 |
| C. PURCHASES | 0.068438% DLY | 24.98% | $10,351.69 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE ........ 24.98%

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**

- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-826-2556.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15187, WILMINGTON, DE 19886-5187.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

1266  02C  1D6  0810  0400  00

MBNA
AMERICA

www.mbnanetaccess.com

CARDHOLDER SINCE
1995

| ACCOUNT NUMBER | | |
|---|---|---|
| 4800 1215 9418 **5488** | | |
| PAYMENT DUE DATE | NEW BALANCE TOTAL | |
| 03/23/01 | $10,621.78 | |
| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED | |
| $470.00 | | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

Use check
able to:
MBNA AMERICA
P.O. BOX 15137
WILMINGTON, DE 19886-5137

For account information call 1-800-626-2556
Print change of address or new telephone number below

Address

City                State        Zip
Home phone (    )        (    )
                Work phone

E. SCOTT FRISON
6520 SPRINGCREST DR
GREENBELT    MD  20770-306020

20    0106217800047000000480012159418 5488

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4800 1215 9418 **5488** | $9,800.00 | $0.00 | 29 | 02/22/01 | $470.00 | 03/23/01 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | FEBRUARY 2001 STATEMENT | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|
| **PAYMENTS AND CREDITS** | | | | | | | | |
| 01/31 | 01/31 | 3280 | VS | | OVERLIMIT FEE ADJUSTMENT | | | 58.00 CR |
| **PURCHASES AND ADJUSTMENTS** | | | | | | | | |
| 02/22 | 01/25 | 0274 | VS | C | OVER CREDIT LINE FEE | | 29.00 | |
| 02/22 | 02/22 | 0000 | VS | C | LATE CHARGE FOR PMT DUE 02/21 | | 29.00 | |
| 02/22 | 02/22 | 974J | | C | CREDIT INS. PREMIUM @ .7974 PER 100 | | 83.05 | |
| | | | | | TOTAL FOR BILLING CYCLE FROM 01/25/2001 THROUGH 02/22/2001 | $141.05 | | $58.00 CR |

06 1974

Exhibit
18

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE AND YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT
NEWS**

EXCLUSIVE FOR MBNA CUSTOMERS--30 COMMISSION-FREE INTERNET EQUITY TRADES WITH A NEW AMERITRADE ACCOUNT. VISIT WWW.AMERITRADE.COM/MBNA/. ENTER OFFER CODE RHK

SHOPPING HAS NEVER BEEN EASIER! FIND GREAT DEALS AT WWW.MBNA.COM/MARKETPLACE

MBNA NOW OFFERS 1ST AND 2ND MORTGAGES. FOR THE FASTEST . . . SIMPLEST . . . MOST CONVENIENT WAY HOME. CALL 1-800-685-1454.

FILED

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $10,332.01 | $58.00 | $0.00 | $141.05 | $206.72 | $0.00 | $10,621.78 |

TOTAL MINIMUM PAYMENT DUE

Past Due Amount ............... $232.00
Current Payment ............... $238.00
Total Minimum Payment
Due ............... $470.00

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS. | 0.068438% DLY | 24.98% | $0.00 |
| B. ATM, BANK. | 0.068438% DLY | 24.98% | $0.00 |
| C. PURCHASES. | 0.068438% DLY | 24.98% | $10,415.53 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE............... 24.98%

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
• For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-626-2556.
• For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
• Mail payments to: MBNA AMERICA, P.O. BOX 15137, WILMINGTON, DE 19886-5137.
• Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to:
MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026

**MBNA AMERICA**

www.mbnanetaccess.com

**CARDHOLDER SINCE 1995**

| | ACCOUNT NUMBER |
|---|---|
| | 4800 1215 9418 5488 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 04/22/01 | $10,470.95 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $235.00 | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

To check able to:  ‖₁₁‖‖‖₁‖₁₁‖‖₁‖₁‖₁‖‖₁‖‖₁‖₁‖‖₁‖₁₁‖‖

MBNA AMERICA
P.O. BOX 15137
WILMINGTON, DE 19886-5137

For account information call 1-800-626-2556
Print change of address or new telephone number below

Address

City                State        Zip

Home phone    (    )        Work phone    (    )

E. SCOTT FRISON
6520 SPRINGCREST DR
GREENBELT    MD    20770-306020

20    0104709500023500000480012159418 5488

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4800 1215 9418 5488 | $9,800.00 | $0.00 | 30 | 03/24/01 | $235.00 | 04/22/01 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | MARCH 2001 STATEMENT | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|
| | | | | | **PAYMENTS AND CREDITS** | | | |
| 1/07 | | 1958 | VS | | PAYMENT - THANK YOU | | | 232.00 CR |
| 1/23 | | 6538 | VS | | PAYMENT - THANK YOU | | | 250.00 CR |
| | | | | | **PURCHASES AND ADJUSTMENTS** | | | |
| 1/24 | 02/23 | 0139 | VS | C | OVER CREDIT LINE FEE | | 29.00 | |
| 1/24 | 03/24 | 974J | | C | CREDIT INS. PREMIUM @ .7974 PER 100 | | 84.53 | |
| | | | | | **TOTAL FOR BILLING CYCLE FROM 02/23/2001 THROUGH 03/24/2001** | | $113.53 | $482.00 CR |

06 1974

**FILED**

NOV 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

**IMPORTANT NEWS**

EXCLUSIVE FOR MBNA CUSTOMERS--30 COMMISSION-FREE INTERNET EQUITY TRADES WITH A NEW AMERITRADE ACCOUNT.  VISIT WWW.AMERITRADE.COM/MBNA/.  ENTER OFFER CODE RFK.

MBNA NOW OFFERS 1ST AND 2ND MORTGAGES.  FOR THE FASTEST . . . SIMPLEST MOST CONVENIENT WAY HOME, CALL 1-800-685-1454.

Exhibit
19

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $10,621.78 | $482.00 | $0.00 | $113.53 | $217.64 | $0.00 | $10,470.95 |

**TOTAL MINIMUM PAYMENT DUE**

| | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $235.00 |
| Total Minimum Payment Due | $235.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.068438% DLY | 24.98% | $0.00 |
| B. ATM, BANK | 0.068438% DLY | 24.98% | $0.00 |
| PURCHASES | 0.068438% DLY | 24.98% | $10,600.45 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE ................. 24.98%
(Includes Periodic Rate and Transaction Fee Finance Charges.)

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-626-2556
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15137, WILMINGTON, DE 19886-5137.
- Billing rights are preserved only by written inquiry.  Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026

5003  03H    5JR  0812  0400  00

4800  1215  9418  5488        PAGE 1 OF 1



**MBNA**
INSURANCE
AGENCY

MBNA Insurance Agency
20 Montchanin Road
Greenville, Delaware 19884-0714

April 4, 2001

Mr. E. Scott Frison
6520 Springcrest Drive
Greenbelt, MD 20770

Re: Your account ending in 5488

Dear Mr. Frison:

This is in response to your correspondence addressed to Mr. Charles M. Cawley, MBNA America,
regarding the Credit Insurance coverage on your above referenced account.

Your correspondence states that during a Credit Insurance telemarketing solicitation you received on July 31, 2000, you
agreed to enroll your above referenced account in the optional coverage and was informed that Certificates of Insurance
would be sent to you to review the product benefits and limitations. Unfortunately, you never received the certificates
to review and had contacted Assurant Group, our credit insurance underwriter, several times to obtain them for your
review with no satisfaction. Your letter also states that you contacted both MBNA and Assurant Group several times
since your enrollment on July 31, 2000, to cancel the coverage and receive a refund of all premiums charged to your
account. Unfortunately, both of these requests were not completed until your conversation with Pete Williamson on
March 27, 2001.

I apologize for the inconvenience these matters have caused you. MBNA will communicate this unfortunate situation to
Assurant Group and our Customer Assistance department to ensure this does not occur again to any Customer. Your
account has been credited $793.50, which reflects all insurance premiums charged to your account. In addition, your
account has also been credited $116.00, which reflects all applicable over the credit line fees assessed to your account
since July 31, 2000. These credits will appear on your April 2001 statement.

If I can be of further assistance please contact me at 1-800-441-7048 ext. 25092 or Pete Williamson at ext. 25102.

Sincerely,

*Robert Schlosberg*

Robert Schlosberg
First Vice President
Credit Protection Products

c: Charles M. Cawley

**FILED**

06 1974   NOV 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit

20

40-12-328

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front If space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name*)  C. Date of Delivery<br>X  DiCC ḥéé |

1. Article Addressed to:

Robert Schlesberg, FVP

MBN A

400 Christono Road

Newark, DE

19713-0800

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

| Article Number<br>(*Transfer from service label*) | 7002 0860 0008 5226 2374 |
|---|---|

Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

06 1974

**FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ex.
21

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

**I (a) PLAINTIFFS** E. Scott Frison, Jr
1717 K St., NW Ste 600 D.C 20036

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___D.C___
(EXCEPT IN U.S. PLAINTIFF CASES) 11001

**DEFENDANTS** MBNA
Serve: CT Corporation System
1025 Vermont Ave. NW, Washington, D.C.
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___20005 D.C___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRA~

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law Firm o) E. Scott Frison, Jr
1717 K St. NW Ste 600
Washington, D.C. 20036

CASE NUMBER 1:06CV01974

JUDGE: Royce C. Lamberth

DECK TYPE: Contract

DATE STAMP: 11/17/2006

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP** FOR PLAINTIFF AN~

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Damage Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

①

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ⊗ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>⊗ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**I. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

BREACH OF CONTRACT, FRAUD MBNA breached the term of contract. When challenged used Fair Credit Reporting Act to Retaliate.

**II. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   ☒ ACTION UNDER F.R.C.P. 23   **DEMAND $** 100,000 - 250,000   Check YES only if demanded in complaint   **JURY DEMAND:** ☒ YES   ☐ NO

**III. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☐ NO   If yes, please complete related case form

DATE 11/17/06   SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOV 17 2006

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

forms/js-44.wpd

**RECEIVED**