UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E. SCOTT FRISON, JR.,     ) | |
|                       ) | |
|     Plaintiff,     ) | |
|                       ) | |
|     v.     ) | Civil Action No. 06-1974 (RCL) |
|                       ) | |
| MBNA,     ) | |
|                       ) | |
|     Defendant.     ) | |
|                       ) | |

**ORDER**

Defendant MBNA having now filed a Motion [3] to Dismiss, the Court's Order [2] filed January 18, 2007, is hereby

VACATED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 29, 2007.