# THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| E. Scott Frison, Jr. Esquire | ) | |
| PLAINTIFF, | ) | |
| v. | ) | Case No. 06cv01974 |
| | ) | |
| MBNA | ) | |
| DEFENDANT | ) | |

**AFFIDAVIT OF SERVICE OF PROCESS**

I, E. Scott Frison, Jr., being over eighteen years of age, declare that I am qualified to testify to the representations made herein and to authenticate documents attached hereto, and that I do hereby state that the following is true to the best of my knowledge:

1. I did serve the defendant, MBNA a/k/a Bank of America the complaint and summons at the registered agent listed with the District of Columbia Government Office of Corporate Charter (DCOCC). Ex. 1.

2. The identified registered agent rejected service of process asserting that MBNA was now Bank of America by way of Merger and that Bank of America had not authorized it to accept service of process on its behalf.

3. Through the good office of DCOCC I contacted Bank of America Management who confirmed the merger with MBNA and agreed to accept service of process. Ex. 2.

E. Scott Frison, Jr., Esquire

SWORN AND SIGNED before me this 12th day of January, 2007.

My Commission expires on 6/23/2010

Notary Public

EXHIBIT 1

 

| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | Kids |

## Organization Information

**DCRA HOME**

SERVICES
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
  Status
Permits

INFORMATION

ONLINE SERVICE
REQUESTS

### Online Organization Registration
Search Registered Organizations

**Organization Details - Step** 1  2  [3]

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| **Organization** | | **Registered Agent** |
|---|---|---|
| Organization Name: | MBNA AMERICA BANK (DELAWARE) CORPORATION | C T Corporation System<br>1025 Vermont Ave., N.W.<br>Washington, DC 20005 |
| State: | DE | |
| Status: | WITHDRAWAL | |
| Initial Date of Registration: | 7/16/1999 | |
| File No.: | 992200 | |
| Organization Type: | FOREIGN BUSINESS CORPORATION | |

[<< Back to Main Page]   [< Return To Search Results]   [Print Results]   [New Search]

For more information, contact the Corporation Division (202) 442-4400 or email us.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic  |  Agencies  |
DC Council  |  Search  |  Elected Officials
Feedback  |  Translation  |  Accessibility  |
Privacy & Security  |  Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

http://mblr.dc.gov/corp/lookup/status.asp?id=194204                         11/15/2006

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery   1-22-6 |
| 1. Article Addressed to:<br><br>MBNA<br>Serve: CT Corporation System<br>1025 Vermont Av. NW<br>Washington DC<br>20005 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0006 6128 4710 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT 2

# ACNOWLEDGEMENT OF SERVICE OF PROCESS

December 7, 2006

Ms. Marian Falkenstine
Bank of America
730 15th St., NW
Washington, DC 20001

      Re:    Service of Process
              <u>Frison v. MBNA</u>, Case No. 06CV01974

I, _Marian Falkenstine_, am authorized to receive service of process for Bank of America and its predecessor, MBNA and did accept the summons and complaint in the referenced case on _12th_ day of _December_, 2006.

                                                  Marian Falkenstine

Bank of America
**Visitor**
Name: MR. FRISON
Company: 10th
Exp. Date: 12-19-06

# THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

E. Scott Frison, Jr. Esquire  )
        PLAINTIFF,  )
   v.  )   Case No.06cv01974
  )
MBNA  )
        DEFENDANT  )

### AFFIDAVIT OF CONSENT TO EXTENSION OF TIME

I, E. Scott Frison, Jr., being over eighteen years of age, declare that I am qualified to testify to the representations HEREBY STATE THE FOLLOWING TO BE TRUE:

1. I did serve defendant, MBNA a/k/a Bank of America the complaint and summons on December 12, 2006. Ex. 1. The defendants answer was due on January 1, 2007, 20 days from service, which was a holiday, making the answer or appearance due on January 2, 2007.

3. The defendant failed to answer or appear on January 2, 2007 and I prepared a letter requested entry of default.

5. On January 8, 2007 counsel for defendant telephoned seeking an extension of time to file.

4. I agreed to an extension of two weeks beyond the date the original response was due, which made the defendant's answer or appearance due on January 16, 2007.

5. On January 12, 2007 I agreed to extend that time to January 24, 2007.

                              E. Scott Frison, Jr., Esquire

SWORN AND SIGNED before me this 12th day of January, 2007.
My Commission expires on 6/23/2010

                              Maryanne D. Attorney
                              Notary Public

# EXHIBIT 1

# ACNOWLEDGEMENT OF SERVICE OF PROCESS

December 7, 2006

Ms. Marian Falkenstine
Bank of America
730 15th St., NW
Washington, DC 20001

Re:   Service of Process
      Frison v. MBNA, Case No. 06CV01974

I, _Marian Falkenstine_, am authorized to receive service of process for Bank of America and its predecessor, MBNA and did accept the summons and complaint in the referenced case on __12th__ day of __December__, 2006.

_Marian Falkenstine_
Marian Falkenstine

Bank of America
Visitor
Name: MR FRISON
Company: 10th
Exp.Date: 12-19-06

# EXHIBIT 2

| | |
|---|---|
| Subj: | **Fwd: Frison v. MBNA** |
| Date: | 1/22/2007 3:58:19 A.M. Eastern Standard Time |
| From: | Frisonlaw |
| To: | acolman@reedsmith.com |
| CC: | Frisonlaw |

Mr. Colman,

We actually agreed to January 24, 2007, but the 25th is okay.

Scotty

-----------------
Forwarded Message:

| | |
|---|---|
| Subj: | **Frison v. MBNA** |
| Date: | 1/16/2007 5:50:34 P.M. Eastern Standard Time |
| From: | AColman@ReedSmith.com |
| To: | frisonlaw@aol.com |

*Sent from the Internet (Details)*


Mr. Frison, following up on our conversation of last week, this confirms that you have graciously granted our client to and through January 25, 2007 to file its response to the complaint that you filed in this action. If that is not correct, please let me know. I conveyed your offer to settle for a write off of the debt plus the removal of any negative credit reporting and will let you know what our client is prepared to do. Thank you.

Abe

**Abraham J. Colman**
213 457 8075
acolman@reedsmith.com

**Reed** Smith LLP

355 South Grand Avenue
Suite: 2900
Los Angeles, CA 90071
213 457 8000
Fax: 213 457 8080

*This e-mail is confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation.*