# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION



| | | |
|---|---|---|
| E. Scott Frison, Jr., Esq. | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | Case No. <u>1:06cv01974</u> |
| | : | |
| MBNA | : | |
|     Defendants. | : | |

### NOTICE OF PENDING SETTLEMENT

NOW COMES E. Scott Frison, Jr. with NOTICE to this Honorable Court that the parties have tentatively agreed to terms of settlement. MBNA is drafting the terms for submission to plaintiff, however the parties have agreed in principal and will submit a stipulation of dismissal once the final document has been reviewed and approved by all the parties.

Respectfully Submitted,

//s// E. Scott Frison, Jr.
E. Scott Frison, Jr., Esq., Bar No. 478092
1717 K Street, NW, Suite 600
Washington, D.C. 20036
240-398-9283 (phone)

**RECEIVED**

MAR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1