# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | | |
|---|---|---|
| E. Scott Frison, Jr., Esq. | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | Case No. <u>1:06cv01974</u> |
| | : | |
| MBNA | : | |
|     Defendants. | : | |

### **<u>PRACIPE</u>**

TO: Clerk of the Court

    The parties have failed to reach an agreement as to settlement of the issue despite a good faith effort on the part of the plaintiff to do so. Please restore this case to the active docket.

                                Respectfully Submitted,

                                /s/ E. Scott Frison, Jr.

                                E. Scott Frison, Jr., Esq.,
                                Bar No. 478092
                                1629 K Street, NW, Suite 300
                                Washington, D.C. 20036
                                240-398-9283 (phone)