UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
E. SCOTT FRISON, JR.,            )
                                 )
    Plaintiff,                   )
                                 )
    v.                           )    Civil Action No. 06-1974 (RCL)
                                 )
MBNA,                            )
                                 )
    Defendant.                   )
_____)

### ORDER

The Court finds by clear and convincing evidence that the parties executed a valid, enforceable, written settlement agreement resolving all disputes in this action, and it is hereby,

ORDERED that MBNA America Bank, N.A.'s ("MBNA"), erroneously sued as MBNA, a corporation, unopposed motion [13] to enforce the parties' written, executed Settlement Agreement is GRANTED; it is further

ORDERED that in accordance with the terms of the settlement agreement enforced herein, this case is hereby DISMISSED WITH PREJUDICE as settled.

Defendant's motion [3] to dismiss and plaintiff's motion [7] to amend/correct the complaint are both DENIED as moot.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, September 26, 2007.